UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARUSO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OFFICER G. SOLORIO, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-00780-AWI-EPG (PC)<br><br>REQUEST FOR THE WARDEN OF CALIFORNIA INSTITUTION FOR WOMEN TO ADDRESS THE FAILURE OF COURT ORDERS TO REACH PLAINTIFF<br><br>ORDER DIRECTING CLERK TO SEND A COPY OF THIS ORDER TO SENIOR ASSISTANT ATTORNEY GENERAL MONICA ANDERSON AND THE WARDEN OF CALIFORNIA INSTITUTION FOR WOMEN |

　　　　Gina Caruso ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　Recently in this case, on at least two occasions, court orders that were served on Plaintiff by the Court have been returned as undeliverable. Based on a review of the docket, as well as the California Department of Corrections and Rehabilitation's Inmate Locator, it appears that Plaintiff has been confined at California Institution for Women since October 15, 2015 (ECF No. 12), and is still confined at California Institution for Women. It is unclear why orders that are being served on Plaintiff are sometimes being returned as undeliverable. This is obviously of great concern to the Court, who must ensure that its court orders reach the Plaintiff consistent with her constitutional right to access the courts.

Therefore, the Court will request that the Warden of California Institution for Women file a response after investigation to determine the source of the problem and a solution that ensures that Plaintiff receive her legal mail including court orders.

Accordingly, based on the foregoing, the Court requests that, within twenty-one (21) days from the date of service of this order, the Warden of California Institution for Women file a response.

Additionally, IT IS ORDERED that the Clerk of Court is directed to serve Supervising Deputy Attorney General Monica Anderson and the Warden of California Institution for Women with a copy of this order.

IT IS SO ORDERED.

Dated: **January 25, 2018**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE