UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARUSO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OFFICER G. SOLORIO, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-00780-AWI-EPG (PC)<br><br>ORDER CONSTRUING REQUEST FOR APPOINTMENT OF COUNSEL AND REQUEST TO DEPOSE OFFICER BATES AS MOTIONS TO COMPEL, AND REQUIRING RESPONSE<br><br>ORDER REQUIRING IN CAMERA REVIEW OF CERTAIN DOCUMENTS |

　　　　Gina Caruso ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　On February 23, 2018, Plaintiff filed a request for appointment of counsel (ECF No. 57) and a request to depose Correctional Officer Bates (ECF No. 58) ("the Requests"). In the Requests, Plaintiff mentions documents that she tried to get through discovery, but that were not provided. Accordingly, the Court shall construe the Requests as including motions to compel, and will direct Defendants to respond to the motions to compel by March 21, 2018.

　　　　Additionally, Defendants shall provide the documents subject to the claims of the official information privilege (see, e.g., ECF No. 57, pgs. 19-20 & 27-28) to the Court for *in camera* review by March 21, 2018, so that the Court may review them before the discovery hearing on April 4, 2018. See, e.g., Kelly v. City of San Jose, 114 F.R.D. 653 (N.D. Cal. 1987) (holding that, once the official information privilege has been properly invoked and the

opposing party has properly filed a motion to compel, the Court should conduct an *in camera* review of the documents subject to the claim of privilege).

Accordingly, IT IS ORDERED that:

1. The Requests are construed as including motions to compel;
2. Defendants have until March 21, 2018, to file their response(s) to the motions to compel; and
3. Defendants have until March 21, 2018, to submit the documents subject to the claim of the official information privilege to the Court for *in camera* review either by sending to the following email address: epgorders@caed.uscourts.gov, or delivering a hard copy to the Judge's chambers.

IT IS SO ORDERED.

Dated: **February 27, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE