UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARUSO,<br><br>        Plaintiff,<br><br>   v.<br><br>OFFICER G. SOLORIO, et al.,<br><br>        Defendants. | Case No. 1:15-cv-00780-AWI-EPG (PC)<br><br>REQUEST FOR THE WARDEN OF CALIFORNIA INSTITUTION FOR WOMEN TO RESPOND TO PLAINTIFF'S ALLEGATIONS REGARDING DESTRUCTION OF HER DOCUMENTS<br><br>ORDER DIRECTING CLERK TO SEND A COPY OF THIS ORDER, A COPY OF PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL (ECF NO. 57), AND A COPY OF PLAINTIFF'S REQUEST FOR THE RE-ISSUANCE OF A SUBPOENA (ECF NO. 60), TO SENIOR ASSISTANT ATTORNEY GENERAL MONICA ANDERSON, THE WARDEN OF CALIFORNIA INSTITUTION FOR WOMEN, AND THE LITIGATION COORDINATOR AT CALIFORNIA INSTITUTION FOR WOMEN |

      Gina Caruso ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

      On February 23, 2018, Plaintiff filed two motions that appear to allege destruction of documents that are relevant to this case. In one, Plaintiff alleges that, after her cell was searched on January 31, 2018, the subpoenas issued by this Court were no longer in her cell. (ECF No. 60, p. 1). She further alleges that numerous documents connected to her lawsuit have been removed from her cell during the course of this suit. (Id.).

      In another motion, Plaintiff alleges that all original copies of the incident report she received after the incidents alleged in the complaint, as well as all witnesses statements, were

removed from her property when she was placed into administrative segregation. (ECF No. 57, p. 2).

The Court takes allegations of destruction of evidence and destruction of legal property seriously. Therefore, the Court will request that the Warden of California Institution for Women conduct an investigation and file a response to Plaintiff's allegations that documents relevant to this case have been taken from her.

Accordingly, based on the foregoing, the Court requests that, within twenty-one (21) days from the date of service of this order, the Warden of California Institution for Women file a response.

Additionally, IT IS ORDERED that the Clerk of Court is directed to serve Supervising Deputy Attorney General Monica Anderson, the Warden of California Institution for Women, and the Litigation Coordinator at California Institution for Women, with a copy of this order, a copy of Plaintiff's request for appointment of counsel (ECF No. 57), and a copy of Plaintiff's request for the re-issuance of a subpoena (ECF No. 60).

IT IS SO ORDERED.

Dated: **February 27, 2018**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE