UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARUSO,<br><br>        Plaintiff,<br><br>v.<br><br>OFFICER G. SOLORIO, et al.,<br><br>        Defendants. | Case No. 1:15-cv-00780-AWI-EPG (PC)<br><br>REQUEST FOR THE WARDEN OF CALIFORNIA INSTITUTION FOR WOMEN TO RESPOND TO PLAINTIFF'S REQUEST<br><br>ORDER DIRECTING CLERK TO SEND A COPY OF THIS ORDER AND PLAINTIFF'S REQUEST (ECF NO. 68) TO SENIOR ASSISTANT ATTORNEY GENERAL MONICA ANDERSON, THE WARDEN OF CALIFORNIA INSTITUTION FOR WOMEN, AND THE LITIGATION COORDINATOR AT CALIFORNIA INSTITUTION FOR WOMEN |

Gina Caruso ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On April 12, 2018, Plaintiff filed a request for a Court order allowing her to attend the law library in general population for up to two hours per week ("the Request"). (ECF No. 68). Plaintiff also alleges that it is difficult for her to obtain photo copies and legal paper without access to the general population law library. Plaintiff alleges that she put in a request to get copies of motions and admissions so that she can send them to defense counsel, but has not received a response to her request.

The allegations about lack of ability to make copies in a timely manner is particularly pressing. The Court notes that Plaintiff has a May 2, 2018, deadline to send defense counsel a letter and interrogatories. (ECF No. 67, pgs. 1-2).

As Plaintiff appears to be alleging that she may be unable to meet a court deadline because California Institution for Women is not timely providing legal paper and access to a way to make copies, the Court will request a response from the Warden of California Institution for Women to ensure that Plaintiff can timely comply with court orders in this case.[1]

Accordingly, the Court requests that, within fourteen (14) days from the date of service of this order, the Warden of California Institution for Women file a response to the allegations regarding Plaintiff's inability to make copies in a timely manner.

Additionally, IT IS ORDERED that the Clerk of Court is directed to serve Supervising Deputy Attorney General Monica Anderson, the Warden of California Institution for Women, and the Litigation Coordinator at California Institution for Women with a copy of this order and the Request (ECF No. 68).

IT IS SO ORDERED.

Dated: **April 16, 2018**       /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff also alleges that the law library in Administrative Segregation does not include access to as much as case law as the library in the general population, the computer regularly freezes, and there are no inmate clerks to assist her with her research. The Warden may respond if he or she so chooses, but is not required to do so at this time.