# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARUSO,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER G. SOLORIO, et al.,<br><br>    Defendants. | Case No. 1:15-cv-00780-AWI-EPG (PC)<br><br>ORDER APPOINTING LIMITED PURPOSE COUNSEL FOR SETTLEMENT<br><br>(ECF NOS. 57 & 73) |

    Gina Caruso ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff has filed two requests for appointment of pro bono counsel. (ECF Nos. 57 & 73). The Court finds that the appointment of counsel for Plaintiff is warranted for the limited purpose of assisting Plaintiff prepare for and participate in a settlement conference, and will therefore partially grant Plaintiff's motions. Jenny Huang has been selected from the Court's Pro Bono Attorney Panel to represent Plaintiff for this limited purpose and has agreed to be appointed.

    Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motions for the appointment of counsel are GRANTED IN PART. Jenny Huang is appointed as limited purpose counsel in the above-entitled matter. This appointment is for the limited purpose of assisting Plaintiff with preparing for and participating in a settlement conference.

2. Jenny Huang's appointment will terminate fifteen days after completion of the settlement conference. Prior to the termination of the appointment, the Court will accord counsel the option of proceeding as Plaintiff's appointed counsel. If counsel does not wish to continue representation of Plaintiff after she has carried out her limited purpose, the Court will consider appointing new counsel for Plaintiff, if deemed appropriate at that time.
3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov, if she has any questions related to the appointment.
4. The Clerk of Court is directed to serve a copy of this order upon Jenny Huang, Justice First, 180 Grand Ave., Suite 1300, Oakland, CA 94612.

IT IS SO ORDERED.

Dated: **June 20, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE