UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARUSO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER G. SOLORIO, et al.,<br><br>　　　　　Defendants. | Case No. 1:15-cv-00780-AWI-EPG (PC)<br><br>REQUEST FOR THE WARDEN OF CALIFORNIA INSTITUTION FOR WOMEN TO FURTHER RESPOND TO PLAINTIFF'S REPLY<br><br>ORDER ALLOWING BRIEFING<br><br>ORDER DIRECTING CLERK TO SEND A COPY OF THIS ORDER AND PLAINTIFF'S RESPONSE (ECF NO. 78) TO SENIOR ASSISTANT ATTORNEY GENERAL MONICA ANDERSON, THE WARDEN OF CALIFORNIA INSTITUTION FOR WOMEN, AND THE LITIGATION COORDINATOR AT CALIFORNIA INSTITUTION FOR WOMEN |

　　　　Gina Caruso ("Plaintiff") is a state prisoner proceeding *pro se*[1] and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　On April 12, 2018, Plaintiff filed a request for a Court order allowing her to attend the law library in general population for up to two hours per week. (ECF No. 68). Plaintiff alleged that it is difficult for her to obtain photo copies and legal paper without access to the general population law library. Plaintiff alleged that she put in a request to get copies of motions and

---

[1] Jenny Huang has been appointed as limited purpose counsel for a settlement conference. (ECF No. 80).

1

admissions so that she could send them to defense counsel, but did not receive a response to her request.

As Plaintiff appeared to be alleging that she may be unable to meet a court deadline because California Institution for Women was not timely providing legal paper and access to a way to make copies, the Court requested a response from the Warden of California Institution for Women to ensure that Plaintiff could timely comply with Court orders in this case.

On April 30, 2018, the Warden filed a declaration in response. (ECF No. 74). The Warden "look[ed] into Plaintiff's allegations." (Id. at ¶ 3). "In consulting our Senior Librarian regarding the copies issue, [the Warden] was informed that Ms. Caruso has made no such request for copies from the library." (Id.). The Warden's declaration was made under penalty of perjury.

On May 15, 2018, Plaintiff filed a reply to the Warden's response. (ECF No. 78). Attached to the response are three CDCR Form 22s, all directed to the law library (or law library clerk). All three Form 22s appear to be asking for legal copies, and all three are dated prior to the date of the Warden's response.

Additionally, IT IS ORDERED that:

1. Given the discrepancy between the Warden's declaration and Plaintiff's evidence, by September 28, 2018, the Warden of California Institution for Women shall file a further response that explains the discrepancy, if possible. The Court will consider the Warden's response in consideration of potential sanctions for submitting seemingly false information to the Court.

2. If Counsel wish to submit briefing regarding the Court's authority to sanction non-parties, they have until September 28, 2018, to do so; and

\\\
\\\
\\\

3. The Clerk of Court is directed to serve Supervising Deputy Attorney General Monica Anderson, the Warden of California Institution for Women, and the Litigation Coordinator at California Institution for Women with a copy of this order and Plaintiff's Reply (ECF No. 78).

IT IS SO ORDERED.

Dated:  **August 10, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE