UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARUSO,<br><br>        Plaintiff,<br><br>    v.<br><br>OFFICER G. SOLORIO, et al.,<br><br>        Defendants. | Case No. 1:15-cv-00780-AWI-EPG (PC)<br><br>ORDER FOLLOWING HEARING<br><br>(ECF NO. 81) |

Gina Caruso ("Plaintiff") is a state prisoner proceeding *pro se*[1] and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983. On August 10, 2018, the Court held a hearing in this case. (ECF No. 85). Limited purpose counsel Jenny Huang appeared telephonically on behalf of Plaintiff. Counsel Derrek Lee appeared telephonically on behalf of Defendants.

For the reasons stated on the record, IT IS ORDERED that:

1. Plaintiff's motion to modify case schedule is GRANTED IN PART;
2. As soon as possible, Defendants shall produce to Plaintiff additional medical records from before and/or after the incident that are relevant to this case, including records regarding injuries that are arguably related to the incident and records regarding the medical chrono in place at the time of the incident.

---

[1] Jenny Huang has been appointed as limited purpose counsel for a settlement conference. (ECF No. 80).

1

a. The parties shall meet and confer to determine which medical records are relevant.
    b. Defendants do not have to produce medical records they have already produced.
    c. If Defendants assert that there are relevant medical records that are outside of their possession, custody, or control, they shall notify Plaintiff of this assertion. Upon receipt of this notification, Plaintiff has leave to subpoena the relevant medical records.
3. As soon as possible, Defendants shall produce to Plaintiff all documents related to any referral of the incidents described in the complaint to the Office of Internal Affairs, as well as all follow-up documents (including any documents stating that no investigation occurred). Defendants do not have to produce documents they have already produced. If after a reasonable search Defendants find that no such documents exist, they shall inform Plaintiff that they were unable to find any such documents.
4. As soon as possible, the parties shall confer, and then contact Sujean Park at spark@caed.uscourts.gov to pick a date for a settlement conference. The settlement conference shall be held no later than November 30, 2018.
5. If the case does not settle, limited non-expert discovery is open until January 29, 2019. During this period Plaintiff may depose each defendant. The depositions shall last no longer than two hours. Plaintiff has leave to request that further limited discovery be allowed to take place during this period if Plaintiff's counsel is willing to cover the costs of such additional discovery.
6. The expert disclosure deadline is extended to February 28, 2019.
7. The rebuttal expert disclosure deadline is extended to March 28, 2019.
8. The expert discovery cutoff is extended to April 26, 2019.
9. The dispositive motion filing deadline is extended to May 24, 2019.
10. Motion(s) for the attendance of incarcerated witnesses, if any, must be filed on

or before December 19, 2019.  Oppositions, if any, must be filed on or before January 20, 2020.

11. If Plaintiff wishes to have the United States Marshals Service serve any unincarcerated witnesses who refuse to testify voluntarily, Plaintiff must submit the money orders to the Court no later than January 20, 2020.  In order to ensure timely submission of the money orders, Plaintiff must notify the Court of the names and locations of her witnesses no later than December 19, 2019.

12. Plaintiff shall file and serve a pretrial statement on or before December 19, 2019.  Defendants shall file and serve a pretrial statement on or before January 20, 2020.

13. The Telephonic Trial Confirmation Hearing will be held on February 19, 2020, at 10:00 a.m., before District Judge Anthony W. Ishii.

14. The Trial will be held on April 21, 2020, at 8:30 a.m., before District Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated: __**August 13, 2018**__        /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE