UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GINA CARUSO,

        Plaintiff,

v.

OFFICER G. SOLORIO, et al.,

        Defendants.

Case No. 1:15-cv-00780-AWI-EPG (PC)

**ORDER RE: REQUEST FOR CONFIDENTIAL PHONE CALLS**

Date: Friday, August 10, 2018
Time: 10:00 a.m.
Judge: Hon. Erica P. Grosjean

For the reasons discussed on the record at the hearing conducted on August 10, 2018, the oral request by Plaintiff's counsel for confidential phone calls with plaintiff Gina Caruso is GRANTED in part. The Court finds that the two calls listed below are necessary to allow for attorney-client communication and coordination of legal strategy and are the most efficient way to accomplish those goals. However, the Court will not allow a third proposed call because two calls are sufficient to coordinate legal strategy and additional calls unnecessarily burden Plaintiff's institution of confinement.

Accordingly, IT IS HEREBY ORDERED that the California Institution for Women ("CIW") shall arrange for two confidential phone calls between Gina Caruso and her counsel, prior to the settlement conference that is scheduled for October 22, 2018, as follows:

    1. September 4, 2018, at 10:00 a.m.

2. October 16, 2018, at 10:00 a.m.

The phone calls shall last for no more than one hour each, shall be placed from a non-recorded and unmonitored phone line, and shall be placed regardless of whether Gina Caruso is in administrative segregation at the time of the scheduled phone calls. Correctional staff shall initiate the telephone call by calling the office phone number for Plaintiff's counsel at (510) 628-0695, or as agreed to between CIW and Plaintiff's counsel. Correctional staff may keep Plaintiff under visual surveillance during the telephone conversations.

IT IS SO ORDERED.

Dated: __August 21, 2018__      /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE