UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARUSO,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER G. SOLORIO, et al.,<br><br>    Defendants. | Case No. 1:15-cv-00780-AWI-EPG (PC)<br><br>ORDER REQUIRING THE WARDEN OF CALIFORNIA INSTITUTION FOR WOMEN TO ALLOW A CONTACT VISIT WITH PLAINTIFF'S COUNSEL<br><br>(ECF NO. 95)<br><br>ORDER DIRECTING CLERK TO SEND A COPY OF THIS ORDER TO THE WARDEN OF CALIFORNIA INSTITUTION FOR WOMEN AND THE LITIGATION COORDINATOR AT CALIFORNIA INSTITUTION FOR WOMEN |

    Gina Caruso ("Plaintiff") is a state prisoner proceeding *pro se*[1] and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    On September 28, 2018, Plaintiff's counsel filed briefing regarding the Court's authority to sanction third-party Warden of California Institution for Women. (ECF No. 95). Plaintiff's counsel asks that part of the sanction include that Plaintiff be allowed a contact visit with her attorney during the week of October 8, 2018.

    The Court is still reviewing Plaintiff's request for sanctions. However, in light of the

---

[1] Jenny Huang has been appointed as limited purpose counsel for a settlement conference. (ECF No. 80).

1

upcoming settlement conference, the Court finds good cause to allow a contact visit between Plaintiff and her counsel.

Accordingly, IT IS ORDERED that:

1. The Warden shall allow a contact visit between Plaintiff and her counsel at a mutually agreeable time during the week of October 8, 2018; and
2. The Clerk of Court is directed to serve the Warden of California Institution for Women and the Litigation Coordinator at California Institution for Women with a copy of this order.

IT IS SO ORDERED.

Dated: **October 1, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE