UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARUSO,<br><br>        Plaintiff,<br><br>   v.<br><br>OFFICER G. SOLORIO, et al.,<br><br>        Defendants. | Case No. 1:15-cv-00780-AWI-EPG (PC)<br><br>ORDER VACATING ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT GINA CARUSO, CDC # W-25086<br><br>(ECF NO. 91) |

Gina Caruso ("Plaintiff") is a state prisoner proceeding *pro se*[1] and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On September 26, 2018, the Court issued an Order & Writ of Habeas Corpus Ad Testificandum to Transport Gina Caruso, CDC # W-25086, to the court (ECF No. 91), so that she could attend and participate in the settlement conference that was scheduled for October 22, 2018.

On October 17, 2018, the settlement conference judge continued the settlement conference. (ECF No. 100).

Because the settlement conference has been continued, IT IS ORDERED that the Order & Writ of Habeas Corpus Ad Testificandum to Transport Gina Caruso, CDC # W-25086, is VACATED.

IT IS SO ORDERED.

Dated: __**October 18, 2018**__                /s/ *Erica P. Grosjean*
                                                       UNITED STATES MAGISTRATE JUDGE

---

[1] Jenny Huang has been appointed as limited purpose counsel for a settlement conference. (ECF No. 80).

1