# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARUSO, <br><br> Plaintiff, <br><br> v. <br><br> OFFICER G. SOLORIO, et al., <br><br> Defendants. | Case No.: 1:15-cv-00780-AWI-EPG (PC) <br><br> ORDER GRANTING PLAINTIFF'S MOTION TO TERMINATE APPOINTMENT OF *PRO BONO* COUNSEL |

On December 14, 2018, Plaintiff Gina Caruso filed a motion to terminate the appointment of *pro bono* counsel, based on a recent change in circumstances that affects her ability to afford private counsel. (ECF No. 103). Due to this change in circumstances, the termination of the appointment of *pro bono* counsel is warranted. Plaintiff's Court-appointed counsel will continue representing Plaintiff in this case as private counsel.

Based upon the papers submitted in support of Plaintiff's motion, IT IS ORDERED that this Court's appointment of Jenny Huang as *pro bono* counsel is hereby terminated.

IT IS SO ORDERED.

Dated: **December 14, 2018**            /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE