UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARUSO, | Case No. 1:15-cv-00780-AWI-EPG (PC) |
| Plaintiff, | ORDER REQUIRING CONFIDENTIAL CONTACT VISITS AND TELEPHONE CALLS |
| v. | |
| OFFICER G. SOLORIO, et al., | (ECF NO. 147) |
| Defendants. | ORDER DIRECTING CLERK TO SEND A COPY OF THIS ORDER TO THE WARDEN OF CENTRAL CALIFORNIA WOMEN'S FACILITY, THE LITIGATION COORDINATOR AT CENTRAL CALIFORNIA WOMEN'S FACILITY, THE WARDEN OF CALIFORNIA INSTITUTION FOR WOMEN, AND THE LITIGATION COORDINATOR AT CALIFORNIA INSTITUTION FOR WOMEN |

Gina Caruso ("Plaintiff") is a state prisoner proceeding *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

For the reasons laid out in the Court's order dated April 24, 2019 (ECF No. 147), and pursuant to the All Writs Act, 28 U.S.C. § 1651, IT IS ORDERED that:

1. Until this case is closed, the Warden of Central California Women's Facility, the

    Warden of California Institution for Women,[1] the Litigation Coordinators, and

---

[1] It is the Court's understanding that Ms. Caruso is currently confined at the Central California Women's Facility. However, the Court has been informed that Plaintiff may be transferred back to California Institution for Women. This order applies to Plaintiff's institution of confinement, including both facilities, for the pendency of this case.

other correctional staff as needed, shall arrange for up to one monthly confidential telephone call between Plaintiff and her counsel (Jenny Chi-Chin Huang) at a time that is mutually agreeable, and up to one quarterly confidential contact visit between Plaintiff and her counsel at a time that is mutually agreeable;[2]

2. Correctional staff may keep Plaintiff under visual surveillance during the telephone conversations, and may keep Plaintiff and her counsel under visual surveillance during the contact visits;

3. Failure to comply with this order may result in the imposition of sanctions; and

4. The Clerk of Court is directed to serve a copy of this order on the Warden of Central California Women's Facility, the Litigation Coordinator at Central California Women's Facility, the Warden of California Institution for Women, and the Litigation Coordinator at California Institution for Women.

IT IS SO ORDERED.

Dated: **April 25, 2019**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

[2] For purposes of this order, a quarter is defined as a three-month period, with the first quarter beginning January 1, 2019.