UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARUSO,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER G. SOLORIO, et al.,<br><br>    Defendants. | Case No. 1:15-cv-00780-AWI-EPG (PC)<br><br>ORDER FOLLOWING HEARING ON PLAINTIFF'S MOTION FOR SANCTIONS |

Gina Caruso ("Plaintiff") is a state prisoner proceeding *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On July 26, 2019, the Court held a hearing on Plaintiff's motion for sanctions (ECF Nos. 155 & 160). Jenny Huang and Jessica Arena telephonically appeared on behalf of Plaintiff. Counsel Derrek Lee personally appeared on behalf of Defendants.

For the reasons stated on the record at the hearing, IT IS ORDERED that:

1. Defendants have until August 28, 2019, to make a reasonable search for the relevant incident report route slip, which was more fully described at the hearing. If they find the slip, they shall promptly produce it to Plaintiff. If they are unable to find the slip, they shall file a notice stating that they were unable to find it, and explaining their efforts to locate it.

2. Defense counsel shall discuss the deposition testimony of defendant Ingram that

1

is listed at 8:19-10:22 with defendant Ingram to determine whether defendant Ingram was speaking of any documents other than the draft incident report (ECF No. 162-6, pgs. 1-11) or the amended incident report (ECF No. 166-1, pgs. 9-28). Defense counsel has until August 28, 2019, to submit a declaration from defendant Ingram that describes the document(s) defendant Ingram was referring to in his deposition testimony.

Additionally, in light of the Court's order entered on May 1, 2018, which directed Defendants to "produce to Plaintiff original copies of the incident[] reports at issue" within fourteen days (ECF No. 75, p. 10), as well as defendant Ingram's deposition testimony that the original incident report was located at the request of defense counsel in approximately July of 2018 (ECF No. 162-13, pgs. 4-5), Defendants have until August 28, 2019, to file a supplement listing the date that Plaintiff was provided with the draft incident report in discovery (ECF No. 162-6, pgs. 1-11). If the draft incident report was not produced in compliance with the deadline in the order entered on May 1, 2018, Defendants shall explain why they did not timely produce the report.

IT IS SO ORDERED.

Dated: **July 26, 2019**　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE