# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARUSO,<br><br>               Plaintiff,<br><br>v.<br><br>OFFICER G. SOLORIO, et al.,<br>               Defendants. | Case No. 1:15-cv-00780-AWI-EPG (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT GINA M. CARUSO, CDC #W-25086, PLAINTIFF'S WITNESS<br><br>DATE: September 27, 2019<br>TIME: 9:30 a.m. |

Gina M. Caruso, inmate, CDC #W-25086, a necessary and material witness for Plaintiff in proceedings in this case on September 27, 2019, is confined at Central California Women's Facility, 23370 Road 22, Chowchilla, CA 93610, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Bakersfield, United States Courthouse, 510 19th Street, Bakersfield, California, on September 27, 2019, at 9:30 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of Central California Women's Facility**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: __**August 30, 2019**__             /s/ Erica P. Grosjean
                                                          UNITED STATES MAGISTRATE JUDGE

