1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   GINA CARUSO,                          ) Case No.: 1:15-cv-00780-AWI-EPG (PC)
                                           )
12                  Plaintiff,             ) ORDER DISCHARGING WRIT OF HABEAS
                                           ) CORPUS AD TESTIFICANDUM AS TO INMATE
13         v.                              ) GINA CARUSO, CDCR #W-25086
                                           )
14   G. SOLORIO, et al.,                   )
                                           )
15                  Defendant.             )
                                           )
16   _____ )

17

18         The settlement conference in this matter concluded on September 27, 2019.  Inmate Gina Caruso,

19   CDCR #W-25086, is no longer needed by the Court as a participant in these proceedings and the writ

20   of habeas corpus ad testificandum as to this inmate is DISCHARGED.

21

22   IT IS SO ORDERED.

23       Dated:   __**September 27, 2019**__          ____**/s/ Jennifer L. Thurston**
24                                                    UNITED STATES MAGISTRATE JUDGE

25

26

27

28

                                            1