# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARUSO,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER G. SOLORIO, et al.,<br><br>    Defendants. | Case No. 1:15-cv-00780-AWI-EPG (PC)<br><br>**ORDER ON STIPULATION TO AMEND ORDER ON PLAINTIFF'S MOTION FOR SANCTIONS (ECF No. 212)**<br><br>**(ECF No. 220)** |

On December 17, 2019, the parties filed a Stipulation to Amend the Order on Plaintiff's Motion for Sanctions (ECF No. 212). (ECF No. 220). Based upon the stipulation filed by the parties, the Court hereby orders that the order for sanctions, filed on November 26, 2019 (ECF No. 212) shall be amended as follows:

1. Page 13, line 12: "Defendant Villegas" will be changed to "Defendant Ingram";
2. Page 13, line 14: "Defendant Villegas" will be changed to "Defendant Ingram";
3. Page 14, line 18: "Defendant Villegas" will be changed to "Defendant Ingram";
4. Page 14, line 20: "Defendant Villegas" will be changed to "Defendant Ingram"; and
5. Page 15, line 3: "Defendant Villegas" will be changed to "Defendant Ingram".

///

///

An amended order with only the above changes will be issued in due course. Defendants' request for reconsideration by the District Judge (ECF No. 214) will be considered a request for reconsideration of the amended order.

IT IS SO ORDERED.

Dated: **December 18, 2019**     /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE