# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARUSO,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>OFFICER G. SOLORIO, et al.,<br><br>　　　　Defendants | CASE NO. 1:15-CV-0780 AWI EPG<br><br>ORDER ON PLAINTIFF'S MOTION TO FILE SUPPLEMENTAL BRIEFING<br><br>(Doc. No. 226) |

Currently pending before the Court is *inter alia* a motion for summary judgment by Defendants. That motion was taken under submission in December 2019. On February 28, 2020, Plaintiff filed a motion to submit supplemental briefing. Plaintiff contends that *Bearchild v. Cobban*, 947 F.3d 1130 (9th Cir. 2020), which was issued in January 2020, is directly relevant to Defendants' motion and that additional briefing regarding *Bearchild* would be beneficial. After consideration, the Court will permit the parties, if they wish, to file supplemental briefing on the impact of *Bearchild* on Defendants' pending motion for summary judgment.

Accordingly, IT IS HEREBY ORDERED that, within seven (7) days of service of this order, the parties may simultaneously submit supplemental briefing regarding the impact of *Bearchild v. Cobban*, 947 F.3d 1130 (9th Cir. 2020) on Defendants' motion for summary judgment.

IT IS SO ORDERED.

Dated:　March 2, 2020　　　　　　　　　　　／s／ signature
　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE