XAVIER BECERRA, State Bar No. 118517
Attorney General of California
R. LAWRENCE BRAGG, State Bar No. 119194
Supervising Deputy Attorney General
DERREK J. LEE, State Bar No. 297497
CASSANDRA J. SHRYOCK, State Bar No. 300360
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7364
  Fax: (916) 324-5205
  E-mail: Derrek.Lee@doj.ca.gov
*Attorneys for Defendants*
*Solorio, Ingram, Martinez, and Lopez*

Jenny C. Huang, SBN 223596
Jessica T. Arena, SBN 301807
JUSTICE FIRST
180 Grand Avenue, Suite 1300
Oakland, CA 94612
Telephone: (510) 628-0695
Fax: (510) 318-7701
E-mail: jhuang@justicefirst.net
jarena@justicefirst.net
*Attorneys for Plaintiff Gina Caruso*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GINA CARUSO,** | Case No. 1:15-cv-00780-AWI-EPG |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: AMENDMENTS TO PRETRIAL ORDER (ECF NO. 239)** |
| v. | |
| **G. SOLORIO, et al.,** | |
| Defendants. | |

By and through their counsel, the parties have stipulated that Dr. Romero is considered to be an identified witness for both Defendants and Plaintiff.  Dr. Romero was previously only identified in the pretrial statement as a witness on Plaintiff's behalf.  Dr. Romero will testify as to her observations of Plaintiff and as a percipient witness only, consistent with her prior deposition testimony.

The parties also agree to add the following exhibits to Plaintiff's exhibit list:

1. Two photos taken of Plaintiff's cell in Administrative Segregation (IMG Nos. 3157 and 3158);

2. Photo #12 attached to Incident Report by Lieutenant Villegas (of contraband); and

3. Decision and Order by the California Board of Registered Nursing re: Nurse Franco, dated May 28, 2019.

Dated:   July 23, 2020              /s/ Derrek J. Lee
                                    Derrek J. Lee
                                    *Counsel for Defendants Ingram, Martinez, Solorio, and Lopez*


Dated:   July 23, 2020              /s/ Jenny Huang
                                    Jenny Huang
                                    *Counsel for Plaintiff Gina Caruso*


IT IS SO ORDERED.

Dated:   July 23, 2020              _____
                                    SENIOR DISTRICT JUDGE