UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARUSO, <br><br>        Plaintiff, <br><br>v. <br><br>OFFICER G. SOLORIO, et al., <br><br>        Defendants. | Case No.: 1:15-cv-00780-AWI-EPG (PC) <br><br>ORDER ON STIPULATION FOR SANCTIONS AMOUNT IN RE: ORDER ON PLAINTIFF'S MOTION FOR SANCTIONS <br><br>(ECF Nos. 221 & 289) |

On January 26, 2021, the parties filed a stipulation (ECF No. 289) on the amount of sanctions to be paid by Defendants in response to this Court's order (ECF No. 221) on Plaintiff's Motion for Sanctions (ECF Nos. 155 & 160).  Based upon the stipulation filed by the parties, the Court hereby orders Defendants to pay a total amount of $10,554.20 within 180 days of the date of this order to resolve all attorneys' fees and costs associated with Plaintiff's motion.[1]

IT IS SO ORDERED.

    Dated:  **January 27, 2021**                /s/ Erica P. Grosjean
                                                          UNITED STATES MAGISTRATE JUDGE

---

[1] If Defendants need additional time to make the payment, Defendants may file a motion for an extension of this deadline.