# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GINA CARUSO,**<br><br>**Plaintiff**<br><br>v.<br><br>**OFFICER G. SOLORIO, et al.,**<br><br>**Defendants** | CASE NO. 1:15-CV-0780 AWI EPG<br><br>ORDER REFERRING PENDING MOTION FOR SANCTIONS TO MAGISTRATE JUDGE GROSJEAN<br><br>ORDER VACATING MARCH 28, 2022 HEARING DATE<br><br>(Doc. No. 344) |

Defendants have filed a motion for sanctions under Fed. R. Civ. P. 11 and 28 U.S.C. § 1927. See Doc. No. 344. Hearing on this motion is currently set before the undersigned on March 28, 2022. The Court finds that the pending motion for sanctions should be referred to Magistrate Judge Grosjean for entry Findings and Recommendations pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72.

Accordingly, it is HEREBY ORDERED that:

1. The pending motion for sanctions (Doc. No. 344) is REFERRED to Magistrate Judge Erica P. Grosjean;
2. The March 28, 2022 hearing before the undersigned is VACATED; and
3. If Magistrate Judge Grosjean desires a hearing on the pending motion, Magistrate Judge Grosjean's Chambers will contact the parties and set a hearing date at her convenience.

IT IS SO ORDERED.

Dated: March 22, 2022

_____
SENIOR DISTRICT JUDGE