UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARUSO,<br><br>         Plaintiff,<br><br>     v.<br><br>OFFICER G. SOLORIO, et al.,<br><br>         Defendants. | Case No. 1:15-cv-00780-AWI-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO SUBMIT EVIDENCE IN RESPONSE TO PLAINTIFF'S SUR-REPLY EVIDENCE<br><br>(ECF No. 359) |

On May 6, 2022, Plaintiff filed additional evidence regarding alleged misconduct in response to a supplemental brief submitted by Defendants. (ECF No. 358). On May 9, 2022, Defendants filed a request for permission to "respond to Plaintiff's new allegations and evidence concerning former DAG Lee's involvement in a search of Plaintiff's cell in the form of a declaration authenticating an e-mail between Lieutenant Spinney and DAG Mohmoud and a redacted copy of her personnel document retrieved during the November 2017 search that Plaintiff and counsel claim was improper and nefarious." (ECF No. 359, p. 2).

The Court will grant Defendants' request.

\\\

\\\

\\\

\\\

1

Accordingly, IT IS ORDERED that, no later than May 10, 2022, Defendants may file additional evidence in response to the additional evidence submitted by Plaintiff on May 6, 2022 (ECF No. 358).

IT IS SO ORDERED.

Dated:  **May 9, 2022**                                         /s/ *Erica P. Grosjean*
                                                                                    UNITED STATES MAGISTRATE JUDGE